THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM BERNHARDT, Defendant, and CIRO DE GEORGE, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.

DUDLEY D. CAMPBELL, Respondent, v. AMERICAN FABRICS COMPANY, Appellant.— Order reversed, with $20 costs and disbursements to the appellant and the motion denied. No opinion. Present — Martin, P. J., Townley, Callahan, Wasservogel and Peck, JJ.; Wasservogel. J., dissents and votes to affirm. [See 270 App. Div. 760.]

PRESIDENT AND DIRECTORS OF MANHATTAN COMPANY, as Successor Trustee under a Mortgage Made by Harriman Building Corporation to American Trust Company (of New York) as Trustee, Respondent, v. HARRIMAN BUILDING CORPORATION et al., Defendants. LEE S. BUCKINGHAM et al., Constituting the First Mortgage Bondholders' Committee, et al., Respondents; I. ARNOLD HIMBER, as Attorney for ROBERT S. HIRSCH, a Bondholder, Appellant.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Callahan, Wasservogel and Peck, JJ.

FORTUNE GALLO, Respondent, v. PETER MAZZA, Appellant.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements, with leave to the defendant to answer or otherwise move, with respect to the complaint within ten days after service of the order with notice of entry, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Callahan and Peck, JJ.

ALBERT H. GRAHAM, Respondent, v. STERLING, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Callahan, Wasservogel and Peck, JJ.

DOROTHY MACHONBAUM et al., Appellants, v. NEW YORK LIFE INSURANCE COMPANY, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Callahan, Wasservogel and Peck, JJ.

OLGA WITOWSKI, Appellant, v. PAN AMERICAN AIRWAYS, INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Callahan, Wasservogel and Peck, JJ.

ELLEN J. ROSS, Appellant, et al., Plaintiffs, v. PAN AMERICAN AIRWAYS, INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Callahan, Wasservogel and Peck, JJ.

MORRIS LUSKIN et al., Respondents, v. SAMUEL REZNICK, Appellant. WILLIAM P. THOMAS et al., as Trustees, Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Callahan, Wasservogel and Peck, JJ.

HARRY T. MILLER, Appellant, v. KOLBE FABRICS, INC., et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Callahan and Peck, JJ.